# **EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIDGEWOOD WATER,<br><br>      Plaintiff,<br><br>v.<br><br>THE 3M COMPANY, E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, HONEYWELL INTERNATIONAL INC., TYCO FIRE PRODUCTS LP, CHEMGUARD, INC., BUCKEYE FIRE EQUIPMENT COMPANY, NATIONAL FOAM, INC., AND DOES 1-50, INCLUSIVE,<br><br>      Defendants. | Civ. No. _____ |

## **CONSENT TO REMOVAL BY THE 3M COMPANY**

Defendant the 3M Company, by and through its undersigned counsel, and without waiving any defenses or claims (including, without limitation, insufficient process and insufficient service of process), hereby consents to removal of this action currently pending in the Superior Court of New Jersey, Bergen County, bearing Docket No. BER-L-001447-19, to the United States District Court for the District of New Jersey.

Date: April 10, 2019

                Respectfully submitted,
                */s/ Donald J. Camerson, II*
                Donald J. Camerson, II
                **Bressler, Amery & Ross, P.C.**
                325 Columbia Turnpike, Suite 301
                Florham Park, NJ 07932
                Telephone: 973-514-1200
                Facsimile: 973-514-1660
                djcamerson@bressler.com

                Jordan D. Sagalowsky
                **Mayer Brown LLP**
                1221 Avenue of the Americas

New York, NY 10020
Telephone: 212-506-2500
Facsimile: 212-262-1910
jsagalowsky@mayerbrown.com

*Attorneys for Defendant the 3M Company*