# **EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIDGEWOOD WATER,<br><br>                    Plaintiff,<br><br>v.<br><br>THE 3M COMPANY, E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, HONEYWELL INTERNATIONAL INC., TYCO FIRE PRODUCTS LP, CHEMGUARD, INC., BUCKEYE FIRE EQUIPMENT COMPANY, NATIONAL FOAM, INC., AND DOES 1-50, INCLUSIVE,<br><br>                    Defendants. | Civ. No. _____ |

## CONSENT TO REMOVAL BY HONEYWELL INTERNATIONAL INC.

Defendant Honeywell International Inc., by and through its undersigned counsel, and without waiving any defenses or claims (including, without limitation, insufficient process, insufficient service of process, and improper joinder), hereby consents to removal of this action currently pending in the Superior Court of New Jersey, Bergen County, bearing Docket No. BER-L-001447-19, to the United States District Court for the District of New Jersey.

Date: April 11, 2019

Respectfully Submitted,

/s/ John M. Fietkiewicz

John M. Fietkiewicz
**ARNOLD & PORTER KAYE SCHOLER LLP**
One Gateway Center, Suite 1025
Newark, NJ 07102
Telephone: (973) 776-1900
Facsimile: (973) 776-1919
John.Fietkiewicz@arnoldporter.com

*Attorneys for Defendant*
*Honeywell International Inc.*