# **EXHIBIT D**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RIDGEWOOD WATER<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE 3M COMPANY; E.I.DUPONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; HONEYWELL INTERNATIONAL, INC.; TYCO FIRE PRODUCTS LP; CHEMGUARD, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; NATIONAL FOAM, INC.; and DOES 1-50, INCLUSIVE,<br><br>　　　　　　　Defendants. | Civil Action No. _____ |

**CONSENT TO REMOVAL BY
BUCKEYE FIRE EQUIPMENT COMPANY**

　　　Defendant Buckeye Fire Equipment Company, by and through its undersigned counsel, and without waiving any defenses or claims (including, without limitation, insufficient process and insufficient service of process), hereby consents to removal of this action currently pending in the Superior Court of New Jersey, Law Division, Bergen County, bearing Docket No. BER-L-001447-19, to the United States District Court for the District of New Jersey.

　　　A corporation's citizenship is determined by its state of incorporation and principal place of business. *See* 28 U.S.C. §1332(c)(1). Buckeye Fire Equipment Company is an Ohio corporation with its principal place of business in North Carolina.

Dated: April 10, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　/s/ *Ellen Nunno Corbo*
　　　　　　　　　　　　　　　　　　　Ellen Nunno Corbo
　　　　　　　　　　　　　　　　　　　**TAYLOR COLICCHIO, LLP**
　　　　　　　　　　　　　　　　　　　100 Canal Pointe Blvd., Suite 125
　　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540
　　　　　　　　　　　　　　　　　　　(609) 987-0022
　　　　　　　　　　　　　　　　　　　ecorbo@tcslawyers.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　Buckeye Fire Equipment Company*