# **EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIDGEWOOD WATER, | : |
| Plaintiff, | : |
| v. | : |
| 3M COMPANY E.I. DU POND DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, HONEYWELL INTERNATIONAL INC., TYCO FIRE PRODUCTS LP, CHEMGUARD INC., BUCKEYE FIRE EQUIPMENT COMPANY, NATIONAL FOAM, INC., AND DOES 1-50, INCLUSIVE. | : CIVIL ACTION NO.: _____<br><br>: **NOTICE OF REMOVAL**<br><br>: **JURY TRIAL DEMANDED** |
| Defendants. | : |

**CONSENT TO REMOVAL BY NATIONAL FOAM, INC.**

Defendant, National Foam Inc., by and through its undersigned counsel, and without waiving any defenses or claims (including, without limitation, insufficient process and insufficient service of process), hereby consents to removal of this action currently pending in the Superior Court of New Jersey, Law Division, Bergen County, Docket No. BER L 001447-19, to the United States District Court for the District of New Jersey.

A corporation's citizenship is determined by its state of incorporation and principal place of business. *See* 28 U.S.C. § 1332 (c)(1).

National Foam, Inc. is a Delaware corporation with its principal place of business in North Carolina.

        Respectfully submitted,

        <u>/s/ *Keith E. Smith*</u>
        Keith E. Smith, Esq.
        GREENBERG TRAURIG, LLP
        1717 Arch St.
        Suite 400
        Philadelphia, PA 19103
        215-988-7843
        smithkei@gtlaw.com

Dated: April 10, 2019        *Attorney for Defendant National Foam, Inc.*