# **EXHIBIT F**

INCH-POUND

MIL-PRF-24385F(SH)
w/AMENDMENT 2
7 September 2017
SUPERSEDING
MIL-F-24385F(SH)
w/AMENDMENT 1
5 August 1994
MIL-F-24385F(SH)
7 January 1992

PERFORMANCE SPECIFICATION

FIRE EXTINGUISHING AGENT, AQUEOUS FILM-FORMING FOAM (AFFF) LIQUID CONCENTRATE, FOR FRESH AND SEA WATER

This specification is approved for use by the Naval Sea Systems Command and is available for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 Scope. This specification covers the requirements for aqueous film-forming foam (AFFF) liquid concentrate fire extinguishing agents consisting of fluorocarbon surfactants and other compounds, as required, to conform to this specification. At the time of use they shall be diluted with fresh or sea water to form a fire-extinguishing solution. Certain proportioning equipment may produce AFFF solutions of extreme concentrations; requirements for such concentrations are specified herein.

1.2 Classification. Concentrates shall be of the following types, as specified (see 6.2):

Type 3 - To be used as three parts concentrate to ninety-seven parts water by volume solution.

Type 6 - To be used as six parts concentrate to ninety-four parts water by volume solution.

2. APPLICABLE DOCUMENTS

2.1.1 Specifications, standards, and handbooks. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

SPECIFICATIONS

    FEDERAL

| | | |
|---|---|---|
| NN-P-71 | - | Pallets, Material Handling, Wood, Stringer Construction, 2-Way and 4-Way (Partial) |
| O-D-1407 | - | Dry Chemical, Fire Extinguishing, Potassium Bicarbonate |
| DELETED | | |
| DELETED | | |

Comments, suggestions, or questions on this document should be addressed to: Commander, Naval Sea Systems Command, ATTN: SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC 20376-5160 or emailed to CommandStandards@navy.mil, with the subject line "Document Comment". Since contact information can change, you may want to verify the currency of this address information using the ASSIST Online database at https://assist.dla.mil.

AMSC N/A      FSC 4210

DISTRIBUTION STATEMENT A. Approved for public release. Distribution is unlimited.

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

MILITARY

DELETED

MIL-D-43703 - Drum, Shipping and Storage, Molded Polyethylene

STANDARDS

FEDERAL

DELETED

MILITARY

MIL-STD-129 - Military Marking for Shipment and Storage

MIL-STD-130 - Identification Marking of U.S. Military Property

MIL-STD-147 - Palletized Unit Loads

DELETED

(Copies of these documents are available online at http://quicksearch.dla.mil.)

2.1.2 <u>Other Government publications</u>. The following other Government publications form a part of this document to the extent specified herein. Unless otherwise specified, the issues are those cited in the solicitation.

PUBLICATIONS

DEPARTMENT OF DEFENSE

DoD QSM 5.1 - Department of Defense (DoD) Quality Systems Manual (QSM) for Environmental Laboratories, Version 5.1

(Copies of this document are available online at http://www.denix.osd.mil/edqw/documents/documents.)

DEPARTMENT OF TRANSPORTATION

Code of Federal Regulations, Title 49

(Application for copies should be addressed to the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.)

MILITARY

DAVID W. TAYLOR NAVAL SHIP RESEARCH AND DEVELOPMENT CENTER (DTNSRDC)

Standard Marine Bioassay Procedure for Shipboard Chemicals

(Application for copies should be addressed to Commander, David W. Taylor Naval Ship Research and Development Center, (Code 2865), Annapolis, MD  21402.)

2.2 <u>Non-Government publications</u>. The following documents form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

A342/A342M - Standard Test Methods for Permeability of Weakly Magnetic Materials

DELETED

DELETED

2

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

| | | |
|---|---|---|
| D445 | - | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids (and the Calculation of Dynamic Viscosity) (DoD adopted) |
| D1141 | - | Standard Specification for Substitute Ocean Water |
| D1331 | - | Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface-Active Agents |
| D1796 | - | Standard Test Method for Water and Sediment in Fuel Oils by the Centrifuge Method (Laboratory Procedure) |
| DELETED | | |
| D3953 | - | Standard Specification for Strapping, Flat Steel and Seals. |
| D4814 | - | Standard Specification for Automotive Spark-Ignition Engine Fuel |
| D6199 | - | Standard Practice for Quality of Wood Members of Containers and Pallets |
| E11 | - | Standard Specification for Woven Wire Test Sieve Cloth and Test Sieves |
| E527 | - | Standard Practice for Numbering Metals and Alloys (UNS) |
| E729 | - | Standard Practice for Conducting Acute Toxicity Tests with Fish, Macroinvertebrates and Amphibians |

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, PA  19103.)

AMERICAN PUBLIC HEALTH ASSOCIATION

Standard Methods for the Examination of Water and Waste Water

(Application for copies should be addressed to the American Public Health Association, 1015 15th Street NW, Suite 300, Washington, DC  20005.)

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA No. 412   -   Evaluating Foam Fire Fighting Equipment on Aircraft Rescue and Fire Fighting Vehicles

(Application for copies should be addressed to the National Fire Protection Association, Batterymarch Park, Quincy, Massachusetts  02269.)

SAE INTERNATIONAL

SAE-AMS-STD-595   -   Colors Used in Government Procurement

(Copies of this document are available online at www.sae.org.)

UNIFORM CLASSIFICATION COMMITTEE, AGENT

Uniform Freight Classification Ratings, Rules, and Regulations

(Application for copies should be addressed to the Uniform Classification Committee Agent, Tariff Publication Officer, Room 1106, 222 South Riverside Plaza, Chicago, IL  60606.)

   2.3  Order of precedence.  Unless otherwise noted herein or in the contract, in the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence.  Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3

MIL-PRF-24385F(SH)
w/AMENDMENT 2

3. REQUIREMENTS

3.1 <u>Qualification</u>.  Liquid concentrate fire extinguishing agents furnished under this specification shall be products which are qualified for listing on the applicable Qualified Products List at the time set for opening of bids (see 4.3 and 6.4).

3.2 <u>Materials</u>.  Concentrates shall consist of fluorocarbon surfactants plus other compounds as required to conform to the requirements specified hereinafter.  The material shall have no adverse effect on the health of personnel when used for its intended purpose.

3.3 <u>Concentrate characteristics</u>.  Concentrates shall conform to the chemical and physical requirements shown in <u>table I</u>.

3.3.1 <u>Film formation and sealability</u>.  The foam produced film shall spread over the fuel surface and seal off vapor production to prevent sustained ignition (see 4.7.6).

3.3.2 <u>Stability</u>.  The concentrate (Type 3 or Type 6) and a 3 percent premix solution of Type 3 or a 6 percent premix solution of Type 6 as applicable shall conform to the following requirements after 10 days storage at 65 Celsius (°C) ±2.0 °C (see 4.7.11):

  a. Spreading coefficient:  (See <u>table I</u>)
  b. Foamability:  (See <u>table I</u>)
  c. Film formation and sealability:  As specified in 3.3.1
  d. Fire performance, 28 square feet (ft²) fire, 1.5 and 3 percent of Type 3 and 3 and 6 percent of Type 6 fresh and sea water solutions:  As specified in 3.4
  e. Stratification:  No visible evidence following test (see 4.7.15)
  f. Precipitation:  0.05 percent by volume (see 4.7.16).

3.3.3 <u>Compatibility</u>.  The concentrates of one manufacturer shall be compatible in all proportions with concentrate furnished by other manufacturers listed on the qualified products list.  The material shall also be compatible with materials in inventory which were acquired under previous issues of this specification and known to be still in use in significant quantities.  Information regarding these materials may be obtained from NAVSEA.  The concentrate shall conform to the following requirements after 10 days storage at 65 °C ±2.0 °C (see 4.7.12):

  a. Foamability:  (See <u>table I</u>)
  b. Film formation and sealability:  As specified in 3.3.1
  c. Fire performance 28 ft², 3 percent of Type 3 and 6 percent of Type 6 fresh and sea water solution:  As specified in 3.4
  d. Stratification:  No visible evidence following test (see 4.7.15)
  e. Precipitation:  0.05 percent by volume (see 4.7.16).

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

TABLE I. Chemical and physical requirements for concentrates or solutions.

| Requirement | Values | | Applicable publication | Test paragraph |
|---|---|---|---|---|
| | Type 3 | Type 6 | | |
| Refractive index, minimum | 1.3630 | 1.3580 | - | 4.7.1 |
| Viscosity, centistokes: | | | ASTM D445 | 4.7.2 |
|   Maximum at 5 °C | 20 | 10 | | |
|   Minimum at 25 °C | 2 | 2 | | |
| Hydrogen ion concentration (pH) | 7.0 to 8.5 | 7.0 to 8.5 | - | 4.7.5 |
| Spreading coefficient, minimum | 3 | 3 | - | 4.7.4 |
| Foamability: | | | | |
|   Foam expansion, minimum | 5.0 | 5.0 | NFPA STD 412 | 4.7.5 |
|   Foam 25% drainage time, minutes, minimum | 2.5 | 2.5 | NFPA STD 412 | 4.7.5 |
| Corrosion rate: | | | | |
|   General | | | | |
|     Cold rolled, low carbon steel (UNS G10100), milli in/yr, maximum | 1.5 | 1.5 | ASTM E527 | 4.7.7 |
|     Copper-nickel (90-10) (UNS C70600), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
|     Nickel-copper (70-30) (UNS N04400), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
|     Bronze (UNS C90500), milligrams, maximum | 100 | 100 | ASTM E527 | 4.7.7 |
|   Localized, corrosion-resistant (CRES) steel, (UNS S30400) | No pits | No pits | - | 4.7.7 |
| Perfluorooctanoic acid (PFOA) content, ppb, maximum | 800 [1/] | 800 [1/] | DoD QSM 5.1 | 4.7.8 |
| Perfluorooctane Sulfonate (PFOS) content, ppb, maximum | 800 [1/] | 800 [1/] | DoD QSM 5.1 | 4.7.8 |
| DELETED | | | | |
| Dry chemical compatibility, burn-back, resistance time, seconds, minimum | 360 | 360 | - | 4.7.10 |
| Environmental impact: | | | | |
|   Toxicity, $LC_{50}$, mg/L, minimum | 500 | 1000 | - | 4.7.13.1 |
|   COD, mg/L, maximum | 1000K | 500K | - | 4.7.13.2 |
|   $\frac{BOD_{20}}{COD}$, minimum | 0.65 | 0.65 | - | 4.7.13.3 |
| NOTE: [1/] Current limit of quantitation. | | | | |

   3.3.4 <u>Total fluorine content</u>.  The total fluorine content of the AFFF shall be determined and shall not deviate more than 15 percent of the value determined and reported at time of qualification report (see 4.7.17.1).

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

3.4 <u>Fire performance</u>.  The foam shall conform to the fire performance requirements shown in <u>table II</u>.

TABLE II.  <u>Fire performance</u>.

| | AFFF solutions, percent | | |
|---|---|---|---|
| | 1.5% of Type 3<br>3.0% of Type 6 | 3% of Type 3<br>6% of Type 6 | 15% of Type 3<br>30% of Type 6 |
| | (Fresh and sea) | (Fresh and sea) | (Sea) |
| 28-ft² fire (see 4.7.14.1): | | | |
|    Foam application time to extinguish, seconds, maximum | 45 | 30 | 55 |
|    Burnback time of resulting foam cover, seconds, minimum | 300 | 360 | 200 |
| 50-ft² fire (see 4.7.14.2): | | | |
|    Foam application time to extinguish, seconds, maximum | | 50<br>(Sea only) | |
|    Burnback time of resulting foam cover, seconds, minimum | | 360 | |
|    40-second summation, minimum | | 320 | |

3.5 <u>Marking</u>.

3.5.1  Identification marking shall be in accordance with MIL-STD-130.  In addition, the marking on the containers (see 5.3) shall be in white characters against a green background for Type 3, a blue background for Type 6.

3.5.2  Two identical markings conforming to <u>figures 1</u> and <u>2</u> shall be applied to containers so that the markings are located diametrically opposite.  The markings shall be applied on the containers in such a manner that water immersion contact with the contents of the containers, or normal handling will not impair the legibility of the marking.  Paper labels shall not be used.

4. QUALITY ASSURANCE PROVISIONS

4.1 <u>Responsibility for inspection</u>.  Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein.  Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government.  The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to ensure supplies and services conform to prescribed requirements.

4.2 <u>Classification of inspections</u>.  The inspection requirements specified herein are classified as follows:

a. Qualification inspection (see 4.3).
b. Quality conformance inspection (see 4.4).
   (1) Examination of filled containers
   (2) Quality conformance inspection.

4.3 <u>Qualification inspection</u>.  Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Sea Systems Command.  Qualification inspection shall consist of the inspections and tests shown in <u>table III</u>.

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

TABLE III.  Qualification and quality conformance inspections.

| Examination or test | Reference paragraph | | Qualification | Quality conformance |
|---|---|---|---|---|
| | Requirement | Test | | |
| Refractive index | 3.3 | 4.7.1 | X | X |
| Viscosity | 3.3 | 4.7.2 | X | X |
| pH value | 3.3 | 4.7.3 | X | X |
| Spreading coefficient | 3.3 | 4.7.4 | X | X |
| Foamability | 3.3 | 4.7.5 | X | X |
| Film formation and sealability | 3.3.1 | 4.7.6 | X | X |
| General corrosion | 3.3 | 4.7.7 | X | |
| Localized corrosion | 3.3 | 4.7.7 | X | |
| PFOA content | 3.3 | 4.7.8 | X | |
| PFOS content | 3.3 | 4.7.8 | X | |
| DELETED | | | | |
| Fluorine content | 3.3.4 | 4.7.17 | X | X |
| Dry chemical compatibility | 3.3 | 4.7.10 | X | |
| Stability | 3.3.2 | 4.7.11 | X | |
| Compatibility | 3.3.3 | 4.7.12 | X | |
| Environmental impact | 3.3 | 4.7.13 | X | |
| 28-ft² fire test | 3.4 | 4.7.14 | X | |
| 50-ft² fire test | 3.4 | 4.7.14 | X | X |
| Examination of filled containers | | 4.6 | | X |
| Torque to remove cap 1/ | 5.1.1.1.1f | 4.7.18.2 | X | X |

NOTE:

1/ Torque test to be performed a minimum of 48 hours after initial closure.

4.3.1  Samples for qualification inspection.  One hundred gallons of Type 3 and 200 gallons of Type 6 are required for the qualification inspection.

4.4  Sampling for quality conformance inspection.

4.4.1  Inspection lot.  A lot shall consist of all foam manufactured as one unchanged process batch and transferred from one mixing tank to the shipping container.

4.4.2  Sampling for examination of filled containers.  As a minimum, the contractor shall randomly select a sample quantity from each lot of filled containers in accordance with table IV and examine them in accordance with 4.6, 5.1.1.1, and 5.1.1.2.  The sample size depends on lot size.  If one or more defects are found in any sample, the entire lot shall be rejected.  The contractor has the option of screening 100 percent of the rejected lot for the defective characteristics, or providing a new lot, which shall be examined in accordance with the sampling plan contained herein.  The contractor shall maintain for a period of three years after contract completion, records of inspections, tests, and any resulting rejections.

7

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

TABLE IV.  Sample size for examination of filled containers.

| Lot size | Sample size |
|---|---|
| 2-5 | All |
| 6-50 | 5 |
| 51-90 | 7 |
| 91-150 | 11 |
| 151-280 | 13 |
| 281-500 | 16 |
| 501-1200 | 19 |
| 1201-3200 | 23 |

4.4.3  Sampling for quality conformance inspection.  Three filled 5-gallon containers shall be selected at random from each lot and used as one composite sample for the tests specified in 4.6, or three 5-gallon containers of the product shall be withdrawn from an agitated mixing tank prior to packaging.  The results of the tests required by 4.5 shall be submitted to NAVSEA or the designated laboratory.

4.5  Quality conformance inspection.  The samples selected in accordance with 4.4.3 shall be subjected to the quality conformance inspection of table III.  If the sample tested is found to be not in conformance with any of the quality conformance tests, the lot represented by the sample shall be rejected (see 6.3).

4.6  Examination of filled containers.  Each sample filled container shall be examined for defects of construction of the container and the closure, for evidence of leakage, and for unsatisfactory markings.  Each filled container shall also be weighed to determine the amount of contents.

4.7  Test procedure.[1]  Test procedures shall be as follows:

4.7.1  Refractive index.  The refractive index shall be determined at 25 °C ±0.1 °C, using sodium vapor source lamp illumination.

4.7.2  Viscosity.  The viscosity shall be determined at temperatures of 5 °C ±0.1 °C and 25 °C ±0.1 °C in accordance with ASTM D445, using capillary viscosimeters in the appropriate size.

4.7.3  pH value.  The pH value shall be determined potentiometrically, using a pH meter with a glass electrode and a reference electrode, at 25 °C ±1.0 °C.

4.7.4  Spreading coefficient.  The spreading coefficient shall be determined with reference to cyclohexane in accordance with the following relationship:

Where:  $Sa_{/b} = \gamma_b - \gamma_a - \gamma_i$

$Sa_{/b}$ = Spreading coefficient

$\gamma_b$ = Surface tension of cyclohexane as determined in 4.7.4.1

$\gamma_a$ = Surface tension of AFFF solution as determined in 4.7.4.1

$\gamma_i$ = Interfacial tension between liquids as determined in 4.7.4.2

---

[1]  Where sea water is required for tests, synthetic sea water in accordance with ASTM D1141 shall be used.  A sea salt mixture conforming to this standard may be purchased from Lake Products Company, Inc., P.O. Box 2248, St. Louis, Missouri  63043.

8

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.4.1 Surface tension. The surface tension of 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and of reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C in accordance with ASTM D1331.

4.7.4.2 Interfacial tension. The interfacial tension between 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C until the readings come to equilibrium and in accordance with ASTM D1331.

4.7.5 Foamability. The foam shall be generated by means of a special 2-gallons-per-minute (gal/min) test nozzle. The basic nozzle, as made by National Foam System, Inc., Lionville, Pennsylvania, or equal, shall be modified by shortening the length of the foam barrel from 2½ to 1¼ inches, and by adding a "wing-tip" spreader on the outlet. The spreader shall have a ⅛-inch wide, circular orifice, 1⅞ inches long. (It may be made by slightly compressing a Bernz-o-matic TX-1527, or equal, flame spreader.) A print of the nozzle construction is available from the Naval Research Laboratory, Code 6180, Washington, DC 20375. During foam sample collection, the nozzle inlet pressure shall be maintained at a gauge pressure of 100 pounds per square inch (lb/in²), and the solution temperature at 23 °C ±5.0 °C. The nozzle shall be held at hip height and directed onto the backboard from a distance of 4 to 6 feet. The method and procedure shall be in accordance with NFPA 412. Foamability shall be run on 6 percent fresh and sea water solutions of the Type 6 concentrate and 3 percent fresh and sea water solutions of the Type 3 concentrate.

4.7.6 Film formation and sealability.

4.7.6.1 Test equipment. A CRES graduated measure of 1,000-milliliter (mL) capacity (4½ inches in diameter, 5 inches deep; Cole-Parmer Co., Chicago, Illinois, or equal) shall be fitted with two retaining clips at the top edge. The clips serve to restrain a cone 5 inches in height and 4¾ inches in diameter, made of 80-mesh perforated CRES, in an inverted position inside the measure. The 2-gal/min nozzle specified in 4.7.5 shall be used for foam production.

4.7.6.2 Test procedure. After placing 400 mL of water and 200 mL of 98-percent cyclohexane in the measure, 200 mL of freshly-made foam shall be poured onto the fuel. The inverted cone shall be pushed down into the measure, thereby pushing most of the foam aside but allowing the film-producing liquid to creep in through the mesh openings. A foam-free surface shall be created by manually scooping out most of the residual foam from the center of the cone. After a 1-minute waiting period, a pilot flame shall be passed over the fuel surface at a height of about ½ inch. A small flash is permitted, but no sustained ignition shall result, if an effective vapor seal is present. A 1-inch long pilot flame shall be provided with a hand-held propane cylinder fitted with a capillary tubing outlet.

4.7.7 Corrosion. The liquid for immersion of the metal specimens for general corrosion and localized corrosion tests shall consist of the concentrate diluted by 10 percent by volume with sea water.

4.7.7.1 General corrosion.

4.7.7.1.1 Test specimens. The test specimens shall consist of the following metals, in accordance with UNS designations (see ASTM E527): G10100 steel, C70600 copper-nickel alloy, N04400 nickel-copper, and C90500 bronze. All specimens, except the bronze, shall be milled to finished dimensions of approximately $\frac{1}{16}$ inch thick, ½ inch wide, and 3 inches long. The bronze shall have sand cast faces and be approximately $\frac{3}{16}$ inch thick, ½ inch wide, and 3 inches long. All specimens shall be degreased in acetone, rinsed with distilled water, and air dried before exposure. (Prepared metal specimens may be obtained from the Metaspec Company, Box 27707, San Antonio, Texas 27227-0707.)

4.7.7.1.2 Test procedures. Five weighted specimens of each metal shall be fully immersed in the test medium in a separate 600-mL beaker and held at room temperature for a period of 60 days. A watch-glass cover shall be used to retard evaporation. At the end of the exposure period, the weight-loss shall be determined and the corrosion rate calculated as required.

9

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.7.2 Localized corrosion.

4.7.7.2.1 Test specimens. The test specimens shall consist of UNS S30400 CRES milled to finished dimensions of approximately $\frac{1}{16}$ inch thick, ½ inch wide, and 3 inches long. After degreasing with acetone, rinsing with distilled water, and air drying before exposure, the specimens shall be pretreated by immersion in a 1:9 concentrated nitric acid-water solution for the period of 5 minutes.

4.7.7.2.2 Procedure. Ten specimens shall be girdled lengthwise with a clean $\frac{1}{16}$ to $\frac{1}{8}$-inch wide band of a good grade of gum rubber of a size such that the band is taut during the test. Because of the poor quality of most commercial rubber bands, it is recommended that the bands for this test be cut from 1¾ inch flat width pure gum amber tubing (Preiser Scientific Rubber tubing, Pure Gum, Gooch type, $\frac{1}{32}$-inch thin wall, pure gum amber tubing, very elastic, especially made for Gooch crucibles, or equal). This tubing is most easily cut into uniform strips with a blade-type papercutter, but can also be cut with sharp shears. The specimens girdled with the rubber bands shall be placed in a 600-mL beaker so that no contact is made between individual specimens. A ¼-inch layer of glass beads shall be introduced into the beaker to aid in stabilizing specimen position. Enough liquid shall be added to completely immerse the specimens, and a watch-glass shall be placed over the beaker to retard evaporation (but allow air access) and act as a dust cover, and the assemblies allowed to stand at room temperature for 60 days.

4.7.7.2.3 Results. The specimens shall be monitored daily over the 60-day period to ascertain the presence or absence of pitting. These daily examinations shall be made without disturbing the test (other than removing the cover). Corrosion is customarily signaled by the appearance of a dark spot which, if removed after sufficient exposure, discloses a corrosion pit. If the suspected area cannot be positively identified by the naked eye, it can be at a magnification of 10X. At the end of the test, each specimen shall be inspected carefully with particular attention being given to the edges of the specimens and those areas of the specimens under or adjacent to the rubber bands. 10X magnification shall be used, if necessary.

4.7.8 PFOA and PFOS content. The tests for PFOA and PFOS content shall be conducted by a laboratory that is accredited by the DoD Environmental Laboratory Accreditation Program (ELAP) and tests in compliance with the "Per- and Polyfluoroalkyl Substances (PFAS) Using Liquid Chromatography Tandem Mass Spectrometry (LC/MS/MS) with Isotope Dilution or Internal Standard Quantification in Matrices Other Than Drinking Water" table of DoD QSM Version 5.1. (A list of ELAP accredited laboratories can be found online at http://www.denix.osd.mil/edqw/accreditation/accreditedlabs. Under the "Method" drop-down list, select "PFAS by LCMSMS Compliant with QSM 5.1 Table B-15".) Test results shall be recorded from the lowest dilution possible while still meeting all of the requirements in the DoD QSM table. This may require results to be recorded from two different dilutions; one for PFOA and one for PFOS.

4.7.8.1 PFOA content. PFOA content shall be determined in accordance with 4.7.8. Results shall be expressed in parts per billion (ppb).

4.7.8.2 PFOS content. PFOS content shall be determined in accordance with 4.7.8. Results shall be expressed in ppb.

4.7.9 Total halides. DELETED

4.7.10 Dry chemical compatibility. The foam's compatibility with potassium bicarbonate dry chemical extinguishing agent shall be determined by measuring the burnback time in the presence of dry chemical.

4.7.10.1 Test materials. The fuel shall be unleaded gasoline conforming to ASTM D4814. The dry chemical agent shall conform to O-D-1407. The sieve shall be an 8-inch diameter, 40-mesh sieve conforming to ASTM E11.

4.7.10.2 Test procedure. A 28-square-foot fire test shall be conducted in accordance with 4.7.14.1 using Type 3 or 6 AFFF sea water solution, as required. Before placing the burning pan, 1 pound of dry chemical agent shall be evenly distributed over the foam blanket with the aid of a sieve on a long handle. This shall be accomplished within a 30-second period so that the total time from end of foam application to placement of the burning pan will not be longer than 90 seconds. The burnback time shall be determined as in 4.7.14.1.4.

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.11  Stability.

4.7.11.1  Sample preparation.  Samples of concentrate, and Type 3 and Type 6 AFFF fresh water and sea water solution, as appropriate, shall be prepared in sufficient quantity to perform the required tests.  One liter (L) of each shall be placed in lightly stoppered glass cylinders.  All samples shall then be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

| | | |
|---|---|---|
| a. | Spreading coefficient | 4.7.4 |
| b. | Foamability | 4.7.5 |
| c. | Film formation and sealability | 4.7.6 |
| d. | Fire performance (28 ft²) | 4.7.14.1 |
| e. | Stratification | 4.7.15 |
| f. | Precipitation | 4.7.16 |

NOTE:  In the preparation of the samples to be used for the precipitation test, the synthetic sea water shall be filtered prior to use.

4.7.12  Compatibility.

4.7.12.1  Sample preparation.  The Government will provide samples of appropriate qualified product(s) to manufacturers officially authorized to submit candidate material for qualification (see 3.3.3).  Mixtures of the Type 3 and Type 6 concentrates to be tested shall be prepared in sufficient quantities to perform the required tests.  (For qualification testing, the testing activity will determine the number of product mixtures to be evaluated and the ratio of product comprising these mixtures.)  Additionally, 3 percent of Type 3 or 6 percent of Type 6 AFFF fresh water and sea water solutions shall be prepared from each concentrate mixture.  One L of each shall be placed in lightly stoppered glass cylinders.  The samples shall be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

| | | |
|---|---|---|
| a. | Foamability | 4.7.5 |
| b. | Film formation and sealability | 4.7.6 |
| c. | Fire performance (28 ft²) | 4.7.14.1 |
| d. | Stratification | 4.7.15 |
| e. | Precipitation | 4.7.16 |

4.7.13  Environmental impact.

4.7.13.1  Toxicity.  Toxicity test shall be performed on the Killiefish (Fundulus herteroclitus) in accordance with ASTM E729, using dynamic procedures.  The minimum acceptable dissolved oxygen content of water used in this procedure shall be 5 p/m.

4.7.13.2  Chemical oxygen demand (COD).  COD shall be determined in accordance with procedures in Standard Method for the Examination of Water and Waste Water (latest applicable edition).

4.7.13.3  Biodegradability.  Biodegradability shall be determined by dividing the value expressed in mg/L for the 20-day biological oxygen demand ($BOD_{20}$) determined from 5-day BOD test in accordance with the procedure specified in Standard Methods for the Examination of Water and Waste Water (latest applicable edition) by the value expressed in mg/L for COD determined as specified in 4.7.13.2.

4.7.14  Fire test.  No fire test shall be conducted when the wind speed is above 10 miles per hour (mi/hr).  These tests are normally conducted indoors to avoid adverse weather conditions.

4.7.14.1  Twenty-eight-square-foot fire test.

4.7.14.1.1  Test equipment.  The fire test shall be conducted in a level, circular pan 6 feet in diameter, fabricated from ¼-inch thick steel with a 4-inch high side.  A shallow water layer shall be used to protect the pan bottom and to ensure complete coverage of the area with fuel.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5.

11

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.14.1.2 Test materials. Foam shall be generated at 23 °C ±5.0 °C from AFFF solutions made with fresh or sea water, as required, at concentration values shown in table V. The fuel shall be 10 gallons of unleaded gasoline conforming to ASTM D4814.

TABLE V. AFFF test concentration values.

| Solutions | Type 3 | Type 6 |
|---|---|---|
| Lean [1/] | 1.5±0.03 | 3±0.1 |
| Normal strength | 3±0.05 | 6±0.1 |
| Rich [2/] | 15±0.2 | 30±0.2 |
| [1/] One test with fresh water and one with sea water. ||| 
| [2/] One test with sea water. |||

4.7.14.1.3 Test procedure. The fuel shall be dumped within a 30-second period. The fuel shall be ignited within 30 seconds of fueling and allowed to burn freely for 10 seconds. After the preburn period, the fire shall be attacked and extinguished as expeditiously as possible and the fire extinguishing time shall be recorded at the exact cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.14.1.4 Burnback procedure. Within 60 seconds of the completion of foam application, a burning pan (1-foot diameter with 2-inch side) containing one gallon of unleaded gasoline shall be placed in the center of the 28-square-foot pan and a timer started. When it appears that the fire has spread outside the pan so that the burning will continue after pan removal, the pan shall be removed. The burnback time is that at which it is estimated that 7 square feet (25 percent) of the total area is involved in flames.

NOTE: Intermittent "flash-overs" may occur. They are characterized by creeping faint blue or invisible flames over the foam surface which usually self-extinguish. They are not considered a part of the burnback area unless sustained burning occurs. All isolated, sustained burning areas shall be included in arriving at the 7-square-foot total area.

4.7.14.2 Fifty-square-foot fire test.

4.7.14.2.1 Test site. The fire test shall be conducted on a level, circular area 8 feet in diameter. The base and surrounding wall shall be suitable for containment of the fuel on a substrate of water. The water depth shall be the minimum required to ensure complete coverage area with the fuel.

4.7.14.2.2 Test equipment. The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5, operated at a gauge pressure of 100 lb/in$^2$.

4.7.14.2.3 Test materials. The foam shall be generated at 23 °C ±5.0 °C from 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 AFFF solutions made with sea water. The fuel shall be 15 gallons of unleaded gasoline conforming to ASTM D4814.

4.7.14.2.4 Test procedure. The fuel shall be dumped into the area in less than 60 seconds and ignited in less than 30 seconds after fuel dumping is completed. After allowing a preburn period of 10 seconds, the fire shall be attacked and extinguished in an expeditious manner. At 10-second intervals after the start of foam application, observers shall estimate the percentage of fire area extinguished. The percentages at 10, 20, 30, and 40 seconds shall be totaled to give the "40-second summation" value. The exact extinguishing time shall also be recorded at the cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.14.2.5 Burnback procedure. Within 60 seconds of the completion of foam application, a burnback test shall be conducted as specified in 4.7.14.1.4, except that the burnback area shall be 12.5 square feet (25 percent).

4.7.15 Stratification. The presence of stratification shall be determined by visual examination of the samples contained in the glass cylinders.

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.16 <u>Precipitation</u>. The amount of precipitation shall be determined in accordance with the procedures of ASTM D1796.

4.7.17 <u>Fluorine content</u>.

4.7.17.1 <u>Qualification</u>. The total fluorine content shall be determined. The total fluorine content and the test procedure used to determine the content shall be furnished as part of the qualification inspection report.

4.7.17.2 <u>Quality conformance inspection</u>. The total fluorine content shall be determined in accordance with the test procedure furnished with the qualification inspection report (see 4.7.17.1). The total fluorine content shall be included in the quality conformance inspection report.

4.7.18 <u>Packaging inspection</u>. Sample packages and packs and the inspection of preservation, packaging, packing, and marking for shipment and storage shall be in accordance with the requirements of 4.6, section 5, and the documents specified therein. The magnetic permeability test (for metal handles of 5-gallon containers) of 4.7.17.1 and the torque test (for the pour cap of 5-gallon containers) of 4.7.18.2 shall be included.

4.7.18.1 <u>Magnetic permeability (metal handles of 5-gallon containers)</u>. The metal handles of the 5-gallon containers shall be checked to determine conformance with the magnetic requirements of 5.1.1.1.1d using a permeability indicator, low-mu (GO-NO-GO) in accordance with ASTM A342/A342M.

4.7.18.2 <u>Torque test (pour cap of 5-gallon container)</u>. The pour cap of the 5-gallon container shall be subjected to a torque test to determine conformance with 5.1.1.1.1f.

5. PACKAGING

(The packaging requirements specified herein apply only for direct Government acquisitions. For the extent of applicability of the packaging requirements of referenced documents listed in section 2, see 6.5.)

5.1 <u>Preservation-packaging</u>. Preservation-packaging for Level A shall be as specified hereinafter.

5.1.1 The AFFF liquid concentrate shall be furnished in a 5-gallon or in a 55-gallon plastic container as specified (see 6.2d).

5.1.1.1 <u>Five-gallon plastic container</u>. The container shall be molded polyethylene as specified herein. The container shall be as follows:

   a.  Capacity                          5 gallon (min.)
   b.  Height, body (overall)            15 inches (max.)
   c.  Diameter, body (overall)          11¾ inches (max.)
   d.  Pour opening (inside dia.)        1½ inches (min.)

5.1.1.1.1 The container shall meet the requirements of Department of Transportation Specification Number 34 as specified in the Code of Federal Regulations, Title 49, Part 178.19, and as follows:

   a.  Shall be stackable and self-supporting.

   b.  Shall be provided with a threaded-type plastic cap fitted with a gasket for the pour opening.

   c.  May be provided with a vent opening having an easily punctured membrane. When furnished, vent opening shall be provided with a threaded type plastic cap.

   d.  Shall be provided with an integrally molded or recessible plastic or metal handle. Metal handles shall not exceed a magnetic permeability of 2.0.

   e.  Shall have colors conforming to 5.1.1.3, Type 3 green, Type 6 blue.

   f.  The torque required to remove the pour opening cap shall not exceed 50 inch-pounds.

5.1.1.2 <u>Fifty-five gallon container</u>. The 55-gallon container shall be molded polyethylene, Size 4, conforming to MIL-D-43703.

13

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

5.1.1.3 <u>Exterior color and coating</u>. The green color (see 3.5) shall be an approximate match to color number 14187 of SAE-AMS-STD-595. The blue color (see 3.5) shall be an approximate match to color number 15123 of SAE-AMS-STD-595.

5.2 <u>Packing</u>. For Level A no further packing is required.

5.2.1 Method of shipment shall comply with Uniform Freight Classification Ratings, Rules, and Regulations or other carrier rules as applicable to the mode of transportation.

5.2.2 <u>Palletization</u>.

a. Thirty-six 5-gallon plastic containers shall be palletized in accordance with the requirements of MIL-STD-147, Load Type XVII. Pallets conforming to NN-P-71, Type V, Class 1, wood group optional, Size 2, are acceptable. Containers shall be properly and firmly nested and arranged to ensure a snug, non-shifting load. Pallet dimensions may be adjusted to ensure a snug, non-shifting load, but shall not exceed 43 by 52 inches.

b. Inverted caps. The inverted cap shall be the open sheathing type, wood group optional.

c. Top wood cap. The top wood cap shall be the closed sheathing (plywood) wood cap, wood group optional for slats. In addition, each corner of the plywood cap shall be secured to the end and side slats with strapping. Strapping shall be ¾ inch by 0.035 inch and shall extend a minimum of 3 inches into the plywood top and slats. Nails used to secure the strapping shall be clinched.

d. Strapping. All primary, secondary, auxiliary, and horizontal strapping shall not be less than 1¼ inches by 0.035 inch. Strapping shall conform to ASTM D3953, Type I, Finish B. Cross ties shall be applied in accordance with MIL-STD-147.

e. Side frames. Minimum size of side frame members shall be a nominal 1 by 6 inches conforming to Group I, II, III, or IV of ASTM D6199. Nails used to secure flat surfaces of side frames shall be clinched not less than ¼ inch.

5.3 <u>Marking</u>. In addition to the marking specified in 3.5 and any special marking required (see 6.2), containers and palletized unit loads shall be marked in accordance with MIL-STD-129.

6. NOTES

(This section contains information of a general or explanatory nature that may be helpful, but is not mandatory.)

6.1 <u>Intended use</u>. The concentrate is intended for use in mechanical foam generating equipment such as fire-fighting trucks or foam sprinkler systems for extinguishing fires in flammable liquids such as gasoline or fuel oils. Type 6 is intended for use in proportioners designed to dispense only the 6-percent solution (usually shipboard fire protection systems). Type 3 may be used in any equipment capable of proportioning at variable rates or at fixed 3-percent solution.

6.2 <u>Acquisition requirements</u>. Acquisition documents should specify the following:

a. Title, number, and date of this specification.

b. The specific issue of individual documents referenced (see 2.1.1 and 2.2).

c. Type of concentrate required (see 1.2).

d. Size of container required (see 5.1.1).

e. Special marking, if required (see 5.3).

6.3 <u>Consideration of data requirements</u>. The following data requirements should be considered when this specification is applied in a contract. The applicable Data Item Description (DID's) should be reviewed in conjunction with the specific acquisition to ensure that only essential data are requested/provided and that the DID's are tailored to reflect the requirements of the specific acquisition. To ensure correct contractual application of the data requirements, a Contract Data Requirements List (DD Form 1423) must be prepared to obtain the data, except where DOD FAR Supplement 27.475-1 exempts the requirements for a DD Form 1423.

| Reference paragraph | DID number | DID title | Suggested tailoring |
| --- | --- | --- | --- |
| 4.5 | DI-T-2072 | Test report | - |

14

MIL-PRF-24385F(SH)
w/AMENDMENT 2

The above DID was cleared as of the date of this specification.  The current issue of DOD 5010.12-L, Acquisition Management Systems and Data Requirements Control List (AMSDL), must be researched to ensure that only current, cleared DID's are cited on the DD Form 1423.

6.4  Qualification.  With respect to products requiring qualification, awards will be made only for products which are, at the time of award of contract, qualified for inclusion in Qualified Products List QPL No. 24385 whether or not such products have actually been so listed by that date.  The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification.  Information pertaining to qualification of products may be obtained from Commander, Naval Sea Systems Command, ATTN: SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC  20376-5160 or emailed to CommandStandards@navy.mil.  An online listing of products qualified to this specification may be found in the Qualified Products Database (QPD) at https://assist.dla.mil.

6.4.1  Provisions governing qualification.  Copies of SD-6 "Provisions Governing Qualification" are available online at http://quicksearch.dla.mil/ or https://assist.dla.mil.

6.5  Sub-contracted material and parts.  The packaging requirements of referenced documents listed in section 2 do not apply when material is acquired by the contractor for incorporation into the concentrate and lose separate identity when the concentrate is shipped.

6.6  PFOA and PFOS content.  The DoD's goal is to acquire and use a non-fluorinated AFFF formulation or equivalent firefighting agent to meet the performance requirements for DoD critical firefighting needs.  The DoD is funding research to this end, but a viable solution may not be found for several years.  In the short term, the DoD intends to acquire and use AFFF with the lowest demonstrable concentrations of two particular per- and PFAS; specifically PFOS and PFOA.  The DoD intends to be open and transparent with Congress, the Environmental Protection Agency (EPA), state regulators, and the public at large regarding DoD efforts to address these matters.  AFFF manufacturers and vendors are encouraged to determine the levels of PFOS, PFOA, and other PFAS in their products and work to drive these levels toward zero while still meeting all other military specification requirements.

6.7  Amendment notations.  The margins of this specification are marked with vertical lines to indicate modifications generated by this amendment.  This was done as a convenience only and the Government assumes no liability whatsoever for any inaccuracies in these notations.  Bidders and contractors are cautioned to evaluate the requirements of this document based on the entire content irrespective of the marginal notations.

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 3 (3%)

This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of three gallons concentrate to 97 gallons water.  It may also be diluted for ready-use storage at a three percent premix solution with fresh water.  For ready use do not store below 32 °F.  Avoid prolonged storage above 120 °F.  Do not mix with other than liquid concentrate in accordance with MIL-PRF-24385F(SH) with Amendment 2 and water.

MANUFACTURER'S NAME

ADDRESS

BATCH NO.

DATE OF MANUFACTURE

FIGURE 1.  Type 3 container markings.

16

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 6 (6%)

This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of six gallons concentrate to 94 gallons water.  It may also be diluted for ready-use storage at six-percent premix solution with fresh water.  For ready use do not store below 32 °F.  Avoid prolonged storage above 120 °F.  Do not mix with other than liquid concentrate in accordance with MIL-PRF-24385F(SH) with Amendment 2 and water.

MANUFACTURER'S NAME

ADDRESS

BATCH NO.

DATE OF MANUFACTURE

FIGURE 2.  Type 6 container markings.

17

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

CONCLUDING MATERIAL

Custodian:                                              Preparing activity:
   Navy – SH                                                 Navy – SH
                                                          (Project 4210-2017-007)

Review activity:
   DLA – IS

NOTE: The activities listed above were interested in this document as of the date of this document. Since organizations and responsibilities can change, you should verify the currency of the information above using the ASSIST Online database at https://assist.dla.mil.

18

Source: https://assist.dla.mil -- Downloaded: 2017-09-11T10:21Z
Check the source to verify that this is the current version before use.