# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIDGEWOOD WATER,<br><br>              Plaintiff,<br><br>against<br><br>3M COMPANY, E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, HONEYWELL INTERNATIONAL INC., TYCO FIRE PRODUCTS LP, CHEMGUARD, INC., BUCKEYE FIRE EQUIPMENT COMPANY, NATIONAL FOAM, INC., AND DOES 1-50, INCLUSIVE,<br><br>              Defendants. | Civil Action<br><br>Index No.: 2:19-cv-9651 (JMV) (JAD)<br><br>**STIPULATION EXTENDING TIME<br>TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties and their undersigned counsel that the time for Defendants 3M Company, E.I. Dupont De Nemours & Company, The Chemours Company, Honeywell International Inc., Tyco Fire Products LP, Chemguard, Inc., Buckeye Fire Equipment Company, and National Foam, Inc. to answer, move, or otherwise respond to the Complaint filed by Plaintiff Ridgewood Water on February 25, 2019, be and hereby is extended through and including the 30th day after a decision is made to remand this matter to State Court or to transfer this matter to the pending Multidistrict Litigation, whichever is earlier.  If this matter is neither remanded to State Court nor transferred to the pending Multidistrict Litigation, the parties agree to meet and confer to discuss a deadline for Defendants to answer, move, or otherwise respond to the Complaint.

**Dated:  April 17, 2019**

| | |
|---|---|
| /s/ Matthew S. Rogers<br>Matthew S. Rogers, Esq.<br>**LAW OFFICERS OF MATTHEW S. ROGERS, L.L.C.**<br>123 Prospect Street<br>Ridgewood, New Jesey 07450<br>msr@mrogerslaw.com<br><br>Victor M. Sher, Esq.<br>Matthew K. Edling, Esq.<br>**SHER EDLING LLP**<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>vic@sheredling.com<br><br>*Attorneys for Plaintiff Ridgewood Water* | By: /s/ Thomas J. Herten<br>Thomas J. Herten, Esq.<br>Nicole G. McDonough, Esq.<br>**ARCHER & GREINER P.C.**<br>Court Plaza South, West Wing<br>21 Main Street, Suite 353<br>Hackensack, NJ 07601<br>201.498.8502<br>therten@archerlaw.com<br>nmcdonough@archerlaw.com<br><br>*Attorneys for Defendants*<br>*Tyco Fire Products LP and Chemguard, Inc.* |
| /s/ Donald J. Camerson<br>Donald J. Camerson, II, Esq.,<br>**BRESSLER, AMERY & ROSS, P.C.**<br>325 Columbia Turnpike, Suite 301,<br>Florham Park, NJ 07932<br>973.514.1200<br>djcamerson@bressler.com<br><br>Jordan D. Sagalowsky, Esq.<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas,<br>New York, NY 10020<br>212.506.2500<br>jsagalowsky@mayerbrown.com<br><br>*Attorneys for 3M Company* | /s/ Ellen Nunno Corbo<br>Ellen Nunno Corbo, Esq.,<br>**TAYLOR COLICCHIO, LLP**<br>100 Canal Pointe Blvd., Suite 125<br>Princeton, New Jersey 08540<br>ecorbo@tcslawyers.com<br><br>*Attorneys for Buckeye Fire Equipment Company* |

| | |
|---|---|
| __/s/ John M. Fietkiewicz_____<br>John M. Fietkiewicz, Esq.<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>One Gateway Center, Suite 1025<br>Newark, NJ 07102<br>973.776.1900<br>John.fietkiewicz@arnoldporter.com<br><br>*Attorneys for Honeywell International Inc.* | _/s/ KaSandra Rogiers_____<br>KaSandra Rogiers<br>NJ Bar #033802009<br>**SHOOK, HARDY & BACON, L.L.P.**<br>2001 Market Street<br>Philadelphia, PA 19103<br>215.575.3125<br>krogiers@shb.com<br><br>John K. Sherk III, Esq.<br>**SHOOK, HARDY & BACON L.L.P.**<br>One Montgomery Street<br>Suite 2600<br>San Francisco, CA 94104<br>415.544.1900<br>jsherk@shb.com<br>*Attorneys for E.I. Dupont De Nemours & Company and The Chemours Company* |
| __/s/ Keith E. Smith_____<br>Keith E. Smith, Esq.,<br>**GREENBERG TRAURIG, LLP**<br>1717 Arch Street, Suite 400<br>Philadelphia, PA 19103<br>215.988.7843<br>smithkei@gtlaw.com<br><br>*Attorneys for National Foam, Inc.* | |

**SO ORDERED**

_____

**Hon. Joseph A. Dickson, U.S.M.J.**

**Dated:** _____

216279092v1