Matthew S. Rogers (N.J. Attorney ID No. 011941980)
msr@mrogerslaw.com
**LAW OFFICES OF MATTHEW S. ROGERS, L.L.C.**
123 Prospect Street
Ridgewood, NJ 07450
Tel: (201) 857-3700
Fax: (201) 857-3699

Victor M. Sher (*pro hac vice* to be submitted)
vic@sheredling.com
Matthew K. Edling (*pro hac vice* to be submitted)
matt@sheredling.com
Adam M. Shapiro (*pro hac vice* to be submitted)
adam@sheredling.com
Katie H. Jones (*pro hac vice* to be submitted)
katie@sheredling.com
Timothy R. Sloane (*pro hac vice* to be submitted)
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel:   (628) 231-2500
Fax:   (628) 231-2929

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIDGEWOOD WATER<br><br>                    Plaintiff,<br>    v.<br><br>3M COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, HONEYWELL INTERNATIONAL INC., TYCO FIRE PRODUCTS LP, CHEMGUARD INC., BUCKEYE FIRE EQUIPMENT COMPANY, NATIONAL FOAM, INC., AND DOES 1-50, INCLUSIVE.<br><br>                    Defendants. | Civil Action No. 19-cv-09651<br><br>**NOTICE OF MOTION TO REMAND**<br><br>Motion Date: May 20, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 20, 2019, Plaintiff Ridgewood Water ("Plaintiff") will move before the Honorable John Michael Vazquez, U.S.D.J. for an Order pursuant to

1

28 U.S.C. § 1447 remanding the above-captioned matter to the Superior Court of New Jersey, Bergen County.

In support of this Motion to Remand, Plaintiff relies on this Notice of Motion and the following documents, filed concurrently herewith: (1) Memorandum of Law in Support of Plaintiff's Motion to Remand to State Court; (2) the supporting Declaration of David Terry; (3) all documents and records previously filed in this matter; (4) arguments presented at the hearing on this motion; (5) and any additional papers or arguments the Court may require before or during the hearing on this motion.

Dated: April 25, 2019

Respectfully submitted,

**LAW OFFICES OF MATTHEW S. ROGERS, L.L.C.**

By: /s/ Matthew S. Rogers
Matthew S. Rogers (New Jersey Attorney ID No. 011941980)
msr@mrogerslaw.com
123 Prospect Street
Ridgewood, NJ 07450
Tel: (201) 857-3700
Fax: (201) 857-3699

**SHER EDLING LLP**

Victor M. Sher (*pro hac vice* to be submitted)
vic@sheredling.com
Matthew K. Edling (*pro hac vice* to be submitted)
matt@sheredling.com
Adam M. Shapiro (*pro hac vice* to be submitted)
adam@sheredling.com
Katie H. Jones (*pro hac vice* to be submitted)
katie@sheredling.com
Timothy R. Sloane (*pro hac vice* to be submitted)
tim@sheredling.com
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel:   (628) 231-2500
Fax:   (628) 231-2929

*Attorneys for Plaintiff Ridgewood Water*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 the foregoing document(s) was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all registered parties by operation of the Court's electronic filing systems.

/s/ *Matthew S. Rogers*
Matthew S. Rogers